# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 21-40254-tjt |
| Mary Wroblewski Jagiello | Chapter 13 |
| Debtor. | Judge Thomas J. Tucker |

## NOTICE OF APPEARANCE

    Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Eastern District of Michigan, and enters an appearance on behalf of U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust, in the above captioned proceedings.

    Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 21-40254-tjt |
| Mary Wroblewski Jagiello | Chapter 13 |
| Debtor. | Judge Thomas J. Tucker |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on March 12, 2021 to the following:

Mary Wroblewski Jagiello, Debtor
22715 Foxcroft St.
Woodhaven, MI 48183

James P. Frego, II, Debtor's Counsel
fregolaw@aol.com

Tammy L. Terry, Chapter 13 Trustee
mieb_ecfadmin@det13.net

United States Trustee's Office
(registeredaddress)@usdoj.gov

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Attorney for Creditor